WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-438—

ANDERSON JACOBSON, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed March 3, 1975.*

ANDERSON JACOBSON, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-451—

ALBERTO-CULVER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 3, 1975.*

ROBERT L. APRATI, Assistant General Attorney, for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.